NUMBER 13-07-00298-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






SCHLUMBERGER TECHNOLOGY 

CORPORATION AND JOHN THOMAS MURPHY, Appellants,


v.



OTILA CUELLAR, INDIVIDUALLY 

AND AS REPRESENTATIVE OF THE 

ESTATE OF RUDOLPH GONZALEZ, DECEASED, Appellee.





On appeal from the 105th District Court 


of Kleberg County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez, Garza and Vela


Memorandum Opinion Per Curiam


 This case is before the Court on a joint motion to dismiss the appeal. The parties
have reached an agreement with regard to the disposition of the matters currently on
appeal. The parties request this Court set aside the trial court's judgment without regard
to the merits and remand the case to the trial court for rendition of judgment in accordance
with the parties' agreement. Without passing on the merits of the case, we set aside the
trial court's judgment and REMAND this case to the trial court for further proceedings in
accordance with the parties' agreement. See Tex. R. App. P. 42.1(a)(2)(B), 43.2(d). The
parties' joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 

 In accordance with the agreement of the parties, each party is ORDERED to bear
their own costs. 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 15th day of January, 2009.